IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 04-20653-659 |
| | ) | Chapter 12 |
| NATHAN AND JUANITA SCHREIBER, | ) | |
| | ) | |
| Debtors. | ) | **TRUSTEE'S APPLICATION TO** |
| | ) | **EMPLOY COUNSEL** |

COMES NOW David A. Sosne, Trustee herein, and states that:

1. Applicant is the duly appointed, qualified, and acting Trustee herein.

2. Applicant desires to employ Bonnie L. Clair and the law firm of Summers, Compton, Wells & Hamburg, P.C. ("SCW&H"), attorneys duly admitted to the practice of law before this Court, to assist and advise her with respect to certain matters which your Applicant believes require the services of an attorney.

3. Applicant requires the services of an attorney to assist the Trustee in the investigation and administration of assets of the Debtor and the administration of this Chapter 12 case.

4. Legal services are also required to assist the Trustee in the discovery and recovery of additional assets, in the drafting of legally correct notices to creditors and others, and in the objection to and prosecution of claims.

5. Said attorneys are experienced in bankruptcy matters and are capable of handling the aforesaid matters.

6. At the present time, the hourly rates of the individuals who may provide services in connection with this case are as follows:

      Bonnie L. Clair - $190.00/hour
      Brian J. LaFlamme - $160.00/hour
      Annie Lancaster, Legal Assistant - $85.00/hour
      Principals of SCW&H - $200.00 - $250.00/hour
      Other Associates of SCW&H - $150.00 - $195.00/hour

From time to time, the hourly rates may be adjusted.

      7.    To the best of Trustee's knowledge, the above individual and firm do not have any connection to nor represent any interest adverse to the debtors, the creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of United States Trustee, other than that arising from the administration of this case and other bankruptcy cases, except that Bonnie L. Clair previously was employed by the Office of the United States Trustee from 1993 to 1997.

      WHEREFORE, the Trustee prays that she be authorized to employ said attorneys for the purposes outlined above.

                                Respectfully Submitted,
                                SUMMERS, COMPTON, WELLS & HAMBURG

Date: December 14, 2004        /s/  David A. Sosne
                                DAVID A. SOSNE   (#4424)  (#28365)
                                Chapter 12 Trustee
                                8909 Ladue Road
                                St. Louis, Missouri  63124
                                (314)991-4999
                                (314)991-2413/FAX
                                dastrustee@scwh.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing was served via electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri to the parties requesting service by electronic filing.  I hereby also certify that a copy of the foregoing was served via United States Mail, first class postage prepaid, on the date of the electronic filing of this document to those individuals and entities not requesting service by electronic filing.  The individuals and entities being served electronically or by mail are:

Office of the United States Trustee
Thomas F. Eagleton Building
111 South Tenth Street, Suite 6353
St. Louis, Missouri 63102

Fredrich J. Cruse
The Cruse Law Firm
P.O. Box 914,
718 Broadway
Hannibal, MO  63401-0914

Nathan and Juanita Schreiber
RR2, Box 25A
Farmington, Iowa 52626

                                                      /s/  David A. Sosne

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| In Re: | ) Case No. 04-20653-659 |
| | ) Chapter 12 |
| NATHAN AND JUANITA SCHREIBER, | ) |
| | ) |
| Debtors. | ) **AFFIDAVIT OF PROPOSED ATTORNEYS** |

Bonnie L. Clair, being duly sworn, deposes and says that she is an attorney at law with the law firm of Summers, Compton, Wells & Hamburg, P.C., and is duly admitted to practice in this Court; that neither she nor the firm represents the above Debtor; that to the best of her knowledge, neither she nor the firm represents any interests adverse to those of the Trustee herein nor to the creditors, and that she knows of no reason why she and the firm should not act as attorneys and counsel for said Trustee in these proceedings.

                                      SUMMERS, COMPTON, WELLS & HAMBURG
                                      Professional Corporation

Date: December 14, 2004        /s/ Bonnie L. Clair
                                        BONNIE L. CLAIR, Attorney for Trustee
                                        8909 Ladue Road
                                        St. Louis, MO 63124
                                        Telephone: (314) 991-4999
                                        Facsimile: (314) 991-2413
                                        trusteeatty@scwh.com

Subscribed and sworn to before me this 14th day of December, 2004.

```
   ELLEN M. GILLEN
   Jefferson County
Notary Public-Notary Seal
    State of Missouri
 My Commission Expires:
      June 28, 2008
```
                                        /s/ Ellen M. Gillen
                                          NOTARY PUBLIC